M<small>C</small>GREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH M<small>C</small>ADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| SEAN A. SNELL, | ) Case No.: 2:18-cv-02719-EFB |
| | ) |
|     Plaintiff, | ) **STIPULATION FOR EXTENSION OF** |
| | ) **TIME AND** |
|     vs. | ) ~~**PROPOSED**~~ **ORDER** |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

      IT IS HEREBY STIPULATED, by and between Sean Snell (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is March 25, 2019. The new date will be April 24, 2019. All other deadlines will extend accordingly.

      Defense counsel needs an extension of time because she needs more time to draft the response, go through the necessary in-house reviews for newer attorneys, and manage her other

cases. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court for any inconvenience this delay may cause.

This is Defendant's first request for an extension.

Respectfully submitted,

Dated: January 24, 2019
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant

*/s/*
SHELLIE LOTT
Cerney Kreuze & Lott, LLP
Attorney for Plaintiff

(*As authorized via e-mail on March 20, 2019)

ORDER

PURSUANT TO STIPULATION, Defendant shall file her ~~opposition to Plaintiff's opening brief~~ cross-motion for summary judgment on or before April 24, 2019.

Dated: March 25, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & ~~Prop~~. Order for Ext., 2:18-cv-02719-EFB