MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH MCADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SEAN A. SNELL, | Case No.: 2:18-cv-02719-EFB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND** ~~**PROPOSED**~~ **ORDER** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Sean Snell (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is April 24, 2019. The new date will be May 24, 2019. All other deadlines will extend accordingly.

    Defense counsel needs an extension of time because she is a newer hire who needs more time to complete her review and analysis of the medical record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate competing

Stip. & ~~Prop~~. Order for Ext., 2:18-cv-02719-EFB

workload demands, draft the response, and go through the necessary in-house reviews for newer attorneys. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

This is Defendant's second request for an extension.

Respectfully submitted,

Dated: April 16, 2019
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant


 */s/ Shellie Lott\**
SHELLIE LOTT
Cerney Kreuze & Lott, LLP
Attorney for Plaintiff
(*As authorized via e-mail on April 16, 2019)

## ORDER

PURSUANT TO STIPULATION, Defendant shall file her ~~opposition to Plaintiff's opening brief~~ cross-motion for summary judgment on or before May 24, 2019.

Dated: April 23, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & ~~Prop~~. Order for Ext., 2:18-cv-02719-EFB