1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

SEAN A. SNELL,

          Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social Security,

          Defendant

Case No.:  2:18-cv-02719-EFB

**ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that fees and expenses, in the amount of FOUR-THOUSAND EIGHT-HUNDRED SEVEN dollars and NINETY cents ($4,807.90) as authorized by 28 U.S.C. § 2412, and costs in the amount FOUR-HUNDRED dollars ($400.00) as authorized by 28 U.S.C. § 1920, are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  June 5, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE